FARMERS' ELEVATOR COMPANY, LTD., Respondent, vs. SCHULTZ and another, Appellants.

For the appellants: *Clark & Lueck* of Beaver Dam.

For the respondent: *T. L. Doyle* of Fond du Lac.

*By the Court.*—Judgment affirmed.

FOWLER, J., took no part.

SCHILLING (EDNA), Respondent, vs. BOETTCHER, Appellant.

SCHILLING (JEROME, J.), Respondent, vs. BOETTCHER, Appellant.

For the appellant: *James E. Coleman,* attorney, and *William J. McCauley* of counsel, both of Milwaukee.

For the respondents: *Whaley & Paulsen* of Racine.

*By the Court.*—Judgments affirmed.

ESTATE OF STEINHORST: STEINHORST and others, Appellants, vs. GILMORE, Respondent.

For the appellants: *C. A. Markham* of Beaver Dam and *Wm. H. Markham* of Horicon.

For the respondent: *T. L. Doyle* of Fond du Lac.

*By the Court.*—Order affirmed.